FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2309

BY:

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No._____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Arturo HERNANDEZ-Esguerra ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien |
| Defendant. ) | Without Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about **September 24, 2007**, within the Southern District of California, defendant **Arturo HERNANDEZ-Esguerra**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Yan Lin WEI**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Eric Neddermeyer, U.S. Customs & Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF SEPTEMBER 2007.

UNITED STATES MAGISTRATE JUDGE

WM

## PROBABLE CAUSE STATEMENT

The complainant states that **Yan Lin WEI** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 24, 2007 at approximately 0410 hours, **Arturo HERNANDEZ-Esguerra (Defendant),** was waiting in traffic lane #17 to make application for admission into the United States from Mexico at the San Ysidro Port of Entry vehicle entrance. Defendant was the driver of a gold Chrysler PT Cruiser. A U.S. Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) received an alert from his Human/Narcotic Detection Dog (HNDD) to the presence of contraband from the rear of Defendant's vehicle. An officer with U.S. Customs and Border Protection (CBP) Anti-Terrorist and Contraband Enforcement Team (AT-CET) approached defendant. Upon questioning, Defendant identified himself as a Lawful Permanent Resident of the United States. Defendant stated that he was going home. Defendant also stated that he was not bringing anything with him from Mexico. Defendant stated he had gone to Tijuana, Mexico to drop off his sister at the airport. Defendant was taken into custody and was escorted to the security office; the vehicle was referred to secondary for further inspection.

In secondary, one male was found within the vehicle, concealed in a non-factory compartment attached to the undercarriage of the rear cargo area. The concealed person was determined to be an undocumented alien, was held as a material witness and is now identified as **Yan Lin WEI (Material Witness).** Material Witness was determined to be a citizen of China with no entitlements to enter the United States.

During a videotaped proceeding Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. During a subsequent interview Defendant admitted he was propositioned to smuggle aliens into the United States. Defendant denied knowledge of the concealed undocumented alien in his vehicle. Defendant admitted he is the registered owner of the vehicle and purchased the vehicle approximately three months prior. Defendant admitted he lied to the CBP Officer that inspected him while he was waiting in the traffic lane, but could not give a reason for his untruthfulness.

A videotaped interview was conducted with Material Witness. Material Witness stated that he is a citizen of China and that he has no documents to lawfully enter the United States. Material Witness stated that he made arrangements with unknown smugglers in China prior to arriving in Mexico and was to pay $18,000.00 U.S. dollars to be smuggled into the United States and taken to Los Angeles, California.