1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  ARTURO HERNANDEZ-ESGUERRA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                     (HON. JOHN A. HOUSTON )
11

12
   UNITED STATES OF AMERICA,        )  Case No. 07 CR 2976
13                                  )
              Plaintiff,            )  NOTICE OF MOTIONS AND
14                                  )  MOTIONS TO:
        vs.                         )
15                                  )  1) COMPEL DISCOVERY; AND
   ARTURO HERNANDEZ-ESGUERRA,       )  2) LEAVE TO FILE FURTHER
16                                  )     MOTIONS
              Defendant.            )
17                                  )  Date:  December 3, 2007
                                    )  Time:  8:30 a.m.
18                                  )

19

20      TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO AARON B. CLARK,

21  ASSISTANT UNITED STATES ATTORNEY:

22      PLEASE TAKE NOTICE that on December 3,2007, at 8:30 a.m., or as soon thereafter as

23  counsel may be heard, the defendant, Arturo Hernandez-Esguerra, by and through his counsel, Brian

24  J. White, will ask this Court to enter an order granting the motions listed below.

25  //

26  //

27  //

28  //

Notice of Motion and Motion to Compel Discovery

**MOTIONS**

Defendant, Arturo Hernandez-Esguerra, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) compel discovery; and

2) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: November 19, 2007         /s/ Brian J. White

BRIAN J. WHITE
Attorney for Defendant
ARTURO HERNANDEZ-ESGUERRA