BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023

Attorney for Defendant,
ARTURO HERNANDEZ-ESGUERRA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JOHN A. HOUSTON )

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURO HERNANDEZ-ESGUERRA,<br><br>Defendant. | Case No. 07 CR 2976<br><br>DECLARATION OF ARTURO HERNANDEZ-ESGUERRA IN SUPPORT OF MOTION TO SUPPRESS STATEMENT |

I, Arturo Hernandez-Esguerra, declare as follows:

1. I am a defendant in the above captioned matter. I have personal knowledge of the following facts and if called upon to testify could and would competently and truthfully testify thereto.

2. On September 24, 2007 at approximately 4:10 a.m. I was waiting to cross the border at the San Ysidro Port of Entry. While I was in line I was contacted by a border agent who questioned me. He immediately asked to see my identification which I provided. Next, he asked me turn off my vehicle and hand over my keys, which I also did. The border agent asked me a few more questions which I answered and I was then asked to step out of my vehicle.

Declaration

3. Surprisingly, when I stepped out of my vehicle I was placed in handcuffs. I was then taken to a office building where I waited.

4. I was not sure why I was placed in handcuffs and was very nervous to be placed in this unfamiliar situation.

5. It was not until several hours later that two men came into the room with me and began asking me questions. I was still nervous after waiting for such a period of time and felt compelled to answer the questions being asked of me in order to avoid further detention.

6. I was nervous from fear when I was questioned. The presence of the agents in the office with me and the fact that they were accusing me of a crime caused me to be very frightened, confused, and intimidated. Under that pressure, I agreed to answer their questions. I felt pressured, coerced, and manipulated into speaking with the agents and certainly did not do so of my own free will.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 20th day of November, 2007, at San Diego, California.

ARTURO HERNANDEZ-ESGUERRA

Declaration