LAW OFFICES OF TAMARA D. DeHAAN
Tamara D. DeHaan, Esq., #113932
444 West C Street, Suite 350
San Diego, CA  92101-3533
Ph: (619) 544-0715    Fax: (619) 544-1215

Attorney for Material Witnesses

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL CASE No. 07cr2976-JAH |
| ) | |
| v. ) | |
| ) | |
| Arturo HERNANDEZ-Esguerra ) | EX PARTE APPLICATION FOR |
| ) | ORDER RELEASING |
| ) | MATERIAL WITNESSES |
| Defendant. ) | |
| _____) | |

On application of Tamara D. DeHaan, Attorney for the below-named material witnesses, and due to the completion of a video-taped deposition on Friday, November 30th, 2007, it is requested that an order issue that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody forthwith:

**YAN LIN WEI- Federal Reg. #05140-298**

DATED: December 18, 2007

                                                             s/Tamara D. DeHaan
                                                       TAMARA D. DeHAAN
                                                       Attorney for Material Witnesses
                                                       E-mail: dehaanesq@cox.net