cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No.07cr2976 JAH (AJB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RELEASING MATERIAL WITNESS |
| ARTURO HERNANDEZ-ESGUERRA, | ) | |
| Defendants. | ) | |

On application of Tamara D. DeHaan, attorney for the below named material witness, and due to the completion of a video-taped deposition on Friday, November 30, 2007, on behalf of the defendant named herein,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody forthwith, and remanded to his country or origin: **YAB LIN WEI - Federal Reg. #05140-298.**

IT IS SO ORDERED.

DATED: December 21, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\07CR2976 MAT WIT ORDER.wpd                                07cr2976