1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  ARTURO HERNANDEZ-ESGUERRA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                      (HON. JOHN A. HOUSTON )
11

12
   UNITED STATES OF AMERICA,        )   Case No. 07 CR 2976
13                                  )
            Plaintiff,               )   NOTICE OF MOTIONS AND
14                                  )   MOTIONS IN LIMINE
      vs.                           )
15                                  )   Date:  April 28, 2008
   ARTURO HERNANDEZ-ESGUERRA,       )   Time:  11:00 a.m.
16                                  )
            Defendant.               )
17                                  )
                                    )
18  _____ )

19

20     TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO AARON B. CLARK,

21  ASSISTANT UNITED STATES ATTORNEY:

22     PLEASE TAKE NOTICE that on April 28, 2008 at 11:00 a.m., or as soon thereafter as

23  counsel may be heard, the defendant, Arturo Hernandez-Esguerra, by and through his counsel, Brian

24  J. White, will ask this Court to enter an order granting the motions listed below.

25  //

26  //

27  //

28  //

---

Notice of Motion and Motions In Limine

**MOTIONS**

Defendant, Arturo Hernandez-Esguerra, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Exclude Evidence of Nervousness of Mr. Hernandez-Esguerra

2) Apply the Rule of Completeness to Statements

3) Exclude Agent Testimony Related to Mr. Hernandez-Esguerra's Truthfulness at the Time of His Arrest

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: April 14, 2008              /s/ Brian J. White

BRIAN J. WHITE , Attorney for Defendant
ARTURO HERNANDEZ-ESGUERRA