| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | AARON B. CLARK<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 239764<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787/(619) 235-2757 (Fax)<br>Email: aaron.clark@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2976-JAH |
| | ) | |
| Plaintiff, | ) | DATE: April 28, 2008 |
| | ) | TIME: 8:00 a.m. |
| v. | ) | Before Honorable John A. Houston |
| | ) | |
| ARTURO HERNANDEZ-ESGUERRA, | ) | RESPONSE TO DEFENDANT'S |
| | ) | MOTIONS *IN LIMINE* TO: |
| Defendant(s). | ) | (A) EXCLUDE EVIDENCE OF |
| | ) | NERVOUSNESS; |
| | ) | (B) APPLY THE RULE OF |
| | ) | COMPLETENESS TO |
| | ) | STATEMENTS |
| | ) | (C) EXCLUDE AGENT TESTIMONY |
| | ) | REGARDING TRUTHFULNESS |
| | ) | |
| | ) | TOGETHER WITH STATEMENT OF |
| | ) | FACTS AND MEMORANDUM OF |
| | ) | POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark., Assistant U.S. Attorney, and hereby files its Response to Defendant's Motions *In Limine* in the above-captioned case. Said response is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

//

1    DATED: April 16, 2008.

2                                          Respectfully submitted,

3                                          KAREN P. HEWITT
                                            United States Attorney
4

5                                          s/ Aaron B. Clark
                                            AARON B. CLARK
6                                          Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787/(619) 235-2757 (Fax)
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2976-JAH |
|---|---|---|
| Plaintiff, | ) ) ) | DATE: April 28, 2008<br>TIME: 8:00 a.m.<br>Before Honorable John A. Houston |
| v. | ) | |
| ARTURO HERNANDEZ-ESGUERRA, | ) ) ) | UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |
| Defendant(s). | ) | |

**I**

**STATEMENT OF THE CASE AND FACTS**

The United States hereby incorporates by reference the statement of the case and statement of facts set forth in its Motions *In Limine* filed March 18, 2008.

**II**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**A.   THE COURT SHOULD ADMIT EVIDENCE OF DEMEANOR**

Defendant has moved *in limine* to preclude evidence concerning "nervousness." The United States incorporates herein by reference the argument made in its March 18, 2008 motion *in limine* seeking to admit precisely the same evidence.

**B.     ADMISSION OF DEFENDANT'S ENTIRE STATEMENT IS NOT REQUIRED**

Should the government introduce Defendant's statements, Defendant cannot rely on Federal Rule of Evidence 106 to require the government to introduce his exculpatory statements if the government introduces other portions of his statement. The so-called Rule of Completeness does not compel admission of otherwise inadmissible hearsay evidence. See United States v. Collicott, 92 F.3d 973, 983 (9th Cir. 1996) (Rule 106 "does not compel admission of otherwise inadmissible hearsay evidence") (quoting Phoenix Associates III v. Stone, 60 F.3d 95, 103 (2nd Cir. 1995)).

Rule 106 provides that "[w]hen a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part or any other writing or recorded statement which ought in fairness to be considered contemporaneously with it." While in some cases Rule 106 may require that all or portions of a series of recorded conversations be played to avoid misleading the jury, "the party urging admission of an excluded conversation must 'specify the portion of the testimony that is relevant to the issue at trial and that qualifies or explains portions already admitted.'" United States v. Webber, 255 F.3d 523, 526 (8th Cir. 2001) (quoting United States v. Sweiss, 814 F.2d 1208, 1212 (7th Cir. 1987)).

**C.     AGENTS WILL NOT TESTIFY ABOUT THE TRUTHFULNESS OF DEFENDANT'S STATEMENTS**

The government has no intention of eliciting opinion testimony from its witnesses concerning the veracity of Defendant's statements.

//
//
//
//
//
//
//

4

## IV

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that Defendant's motions, except where unopposed, be denied.

DATED: April 16, 2008.

                                      Respectfully submitted,

                                      KAREN P. HEWITT
                                      United States Attorney

                                      s/Aaron B. Clark
                                      AARON B. CLARK
                                      Assistant United States Attorney

5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ARTURO HERNANDEZ-ESGUERRA,<br><br>Defendant(s). | Case No. 07CR2976JAH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of UNITED STATES' RESPONSE TO DEFENDANT'S MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1. Brian White, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2008.

                                                  s/ Aaron B. Clark
                                                  AARON B. CLARK