| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | AARON B. CLARK |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787/(619) 235-2757 (Fax) |
| | Email: aaron.clark@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2976-JAH |
| 11 | Plaintiff, ) | DATE:   April 28, 2008 |
| | ) | TIME:   11:00 a.m. |
| 12 | v. ) | Before Honorable John A. Houston |
| 13 | ARTURO HERNANDEZ-ESGUERRA, ) | UNITED STATES' MOTION FOR AN |
| | ) | ORDER TO SHORTEN TIME |
| 14 | Defendant(s). ) | |
| 15 | _____ ) | |

16   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 KAREN P. HEWITT, United States Attorney, and AARON B. CLARK, Assistant United States

18 Attorney, and hereby moves this Court for an Order to Shorten Time to permit the United States

19 to file a Motion *in Limine* to Admit Statements of Co-Conspirators. This Motion for an Order to

20 Shorten Time is based upon the files and records of this case together with the attached Declaration

21 of Aaron B. Clark, Assistant United States Attorney. Specifically, this Motion for an Order to

22 Shorten Time is necessary for the reasons set forth in the attached Declaration.

23 //

24 //

25 //

26 //

27

28

| | |
|---|---|
| 1 | DATED: April 17, 2008. |
| 2 | Respectfully submitted, |
| 3 | KAREN P. HEWITT<br>United States Attorney |
| 5 | s/ Aaron B. Clark<br>AARON B. CLARK |
| 6 | Assistant United States Attorney |

# DECLARATION OF AARON B. CLARK

I, Aaron B. Clark, do hereby state as follows under penalty of perjury:

1. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am employed as an Assistant U.S. Attorney with the U.S. Attorney's Office for the Southern District of California.

3. According to Criminal Local Rule 47.1(b)(1), the parties' motions *in limine* in the case of United States v. Arturo Hernandez-Esguerra, 07CR2976-JAH, were due on Monday, April 14, 2008. I am the Assistant U.S. Attorney assigned to this case.

4. On Tuesday, April 15, 2008, defense counsel and I spoke by phone and spoke of whether the material witness in this case, Yan Lin Wei, would be available for trial. In the event Mr. Wei is not available for trial, defense counsel indicated he intended to bring before the Court some objections raised during the material witness deposition of Yan Lin Wei.

5. Because defense counsel intends to bring before the Court some of these objections, it seems appropriate to provide the Court with briefing on the law implicated by defense counsel's main objections in advance of the motion hearing.

EXECUTED on April 17, 2008 in San Diego, California.

Aaron B. Clark
Assistant United States Attorney

3

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO HERNANDEZ-ESGUERRA,<br><br>Defendant(s). | Case No. 07CR2976-JAH<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION FOR AN ORDER TO SHORTEN TIME on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Brian J. White

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008.

s/ Aaron B. Clark
AARON B. CLARK