UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2976-JAH |
| Plaintiff, | ) ) ) | ORDER GRANTING UNITED STATES' MOTION TO SHORTEN TIME |
| v. | ) ) | |
| ARTURO HERNANDEZ-ESGUERRA, | ) ) | |
| Defendant. | ) ) ) | |

Good cause appearing, the government's motion to shorten time to permit it to file and serve its Motion *in Limine* to Admit Statements of Co-Conspirator is GRANTED. The Government filed said motion on Thursday, April 17, 2008.

IT IS SO ORDERED.

DATED: April 17, 2008

JOHN A. HOUSTON
United States District Judge