1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  ARTURO HERNANDEZ-ESGUERRA

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                      (HON. JOHN A. HOUSTON )

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07 CR 2976 |
| Plaintiff, ) | NOTICE OF SUPPLEMENTAL MOTIONS AND MOTIONS IN LIMINE |
| vs. ) | |
| ARTURO HERNANDEZ-ESGUERRA, ) | Date: April 28, 2008<br>Time: 11:00 a.m. |
| Defendant. ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO AARON B. CLARK, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 28, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Arturo Hernandez-Esguerra, by and through his counsel, Brian J. White, will ask this Court to enter an order granting the motions listed below.

//
//
//
//

**MOTION**

Defendant, Arturo Hernandez-Esguerra, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to: Exclude Evidence Hearsay Testimony of the Material Witness, Exclude Prior Bad Acts Evidence, and Exclude Prior Convictions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: April 22, 2008            /s/ Brian J. White
                                 BRIAN J. WHITE, Attorney for Defendant
                                 ARTURO HERNANDEZ-ESGUERRA