1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  ARTURO HERNANDEZ-ESGUERRA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JOHN H. HOUSTON )

| UNITED STATES OF AMERICA, | ) | Case No.07 CR 2976 |
|---|---|---|
| Plaintiff, | ) | APPLICATION FOR AN ORDER SHORTENING TIME TO FILE OBJECTIONS; AND DECLARATION IN SUPPORT THEREOF |
| vs. | ) | |
| ARTURO HERNANDEZ-ESGUERRA, | ) | |
| Defendant. | ) | |
| | ) | Date: April 28, 2008 |
| | ) | Time:  11:00 a.m. |

Defendant, Arturo Hernandez-Esguerra , hereby applies for an order shortening the time in which he may file motions in this matter.  This application is being made for the reasons set forth in the accompanying declaration of counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1   Based on the reasons contained in the accompanying declaration, Arturo Hernandez-Esguerra
2   is respectfully requesting leave to file motions no later than April 22, 2008.

Respectfully submitted,

Dated: April 22, 2008

/s/ Brian J. White
BRIAN J. WHITE, Attorney for
Defendant, ARTURO HERNANDEZ-ESGUERRA