1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for Defendant,
5  ARTURO HERNANDEZ-ESGUERRA

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                           (HON. JOHN H. HOUSTON )

11  UNITED STATES OF AMERICA,      )   Case No. 07 CR 2976
                                   )
12              Plaintiff,         )   DECLARATION IN SUPPORT OF
                                   )   APPLICATION FOR ORDER
13        vs.                      )   SHORTENING TIME
                                   )
14  ARTURO HERNANDEZ-ESGUERRA,     )
                                   )
15              Defendant.         )   Date: April 28, 2008
                                   )   Time: 11:00 a.m.
16  _____)

17

18  I, BRIAN J. WHITE, declare as follows:

19       1.    I am an attorney licensed to practice before the United States District Court for the

20  Southern District of California and am the attorney for the defendant herein, Arturo Hernandez-

21  Esguerra. I have personal knowledge of the following facts and if called upon as a witness, I

22  could competently and truthfully testify thereto.

23       2.    On April 15, 2008, I electronically filed In Limine motions on behalf of Mr.

24  Hernandez-Esguerra.

25       3.    Upon further review of the discovery in this case, it become apparent that further

26  In Limine motions were necessary.

27       4.    On April 17, 2008, I spoke with United States Attorney Aaron Clark who informed

28  me he was not opposed to the filing of these additional In Limine motions at this time.

---

1  I declare under penalty of perjury and under the laws of the state of California that the
2  foregoing is true and correct executed on this 22nd day of April, 2008, at San Diego, California.
3
4                                                /s/ Brian J. White
                                              BRIAN J. WHITE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28