UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JOHN H. HOUSTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07 CR 2976 |
| Plaintiff, | ) | ORDER SHORTENING TIME |
| vs. | ) | |
| ARTURO HERNANDEZ-ESGUERRA, | ) | |
| Defendant. | ) | |

This matter having come on for hearing, *ex parte*, on April 22, 2008, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the defendant Arturo Hernandez-Esguerra, shall file his Supplemental In Limine Motions by April 22, 2008.

DATED: April 22, 2008

JOHN A. HOUSTON
United States District Judge