| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | AARON B. CLARK |
| | WILLIAM A. HALL, JR. |
| 3 | Assistant U.S. Attorneys |
| | California State Bar Nos. 239764, 253403 |
| 4 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| 6 | Email: aaron.clark@usdoj.gov, william.a.hall@usdoj.gov |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2976-JAH |
| | ) | |
| Plaintiff, | ) | DATE: May 6, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | Before Honorable John A. Houston |
| | ) | |
| ARTURO HERNANDEZ-ESGUERRA, | ) | UNITED STATES' PROPOSED JURY |
| | ) | INSTRUCTIONS |
| Defendant(s). | ) | |

   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark and William A. Hall, Jr., Assistant U.S. Attorneys, and hereby and hereby requests that the court instruct the jury as set forth herein.

   DATED: May 1, 2008.

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        s/ William A. Hall, Jr.
                                        WILLIAM A. HALL, JR.
                                        Assistant United States Attorney