# GOVERNMENT'S TRIAL EXHIBIT LIST

## United States v. Arturo Hernandez-Esguerra
### 07CR2976-JAH

| EXHIBIT # | WITNESS | DESCRIPTION | Offered | Admitted |
|---|---|---|---|---|
| 1 | Smithson | Photo of Lane #17 SYPOE | 5/6/08 | 5/6 |
| 2 | Smithson | Photo of Lane #17 SYPOE | 5/6 | 5/6 |
| 3 | Smithson | Photo of Back of Defendant's Car | 5/6 | 5/6 |
| 4 | Smithson | Photo of Inside of Defendant's Car | 5/6 | 5/6 |
| 5 | Smithson | Photo of Inside of Defendant's Car | 5/6 | 5/6 |
| 6 | Schneider | Photo of Driver's Side of Defendant's Car | 5/6 | 5/6 |
| 7 | Vales | Photo of Secondary Inspection Area | 5/6 | 5/6 |
| 8 | Vales | Photo of Access Panel to Compartment | 5/6 | 5/6 |
| 9 | Vales | Photo of Yan Lin Wei in Compartment | 5/6 | 5/6 |
| 10 | Vales | Photo of Yan Lin Wei in Compartment | 5/6 | 5/6 |
| 11 | Vales | Photo of Yan Lin Wei in Compartment | 5/6 | 5/6 |
| 12 | Vales | Photo of Yan Lin Wei | 5/6 | 5/6 |
| 13 | Loperena | Photo of Back Seat of Defendant's Vehicle | 5/6 | 5/6 |
| 14 | Loperena | Registration from Defendant's Car | 5/6 | 5/6 |

| 15 | Loperena | Insurance Card from Defendant's Car | 5/6 | 5/6 |
| 16 | Loperena | Cell Phone Receipt From Defendant's Car | 5/6 | 5/6 |
| 17 | Chavoya | Photo of Rear of Dealer Model 2005 PT Cruiser | 5/6 | 5/6 |
| 18 | Chavoya | Photo of Driver Side of Dealer Model 2005 PT Cruiser | 5/6 | 5/6 |
| 19 | Chavoya | Photo of Rear Undercarriage of Dealer Model 2005 PT Cruiser | 5/6 | 5/6 |
| 20 | Chavoya | Photo of Rear Undercarriage of Dealer Model 2005 PT Cruiser | 5/6 | 5/6 |
| 21 | Chavoya | Photo of Window Sticker of Dealer Model 2005 PT Cruiser | 5/6 | 5/6 |
| 22 | Chavoya | Photo of Rear of Defendant's Vehicle | 5/6 | 5/6 |
| 23 | Chavoya | Photo of Rear/Passenger's Side View of Defendant's Vehicle | 5/6 | 5/6 |
| 24 | Chavoya | Photo of Middle Undercarriage of Defendant's Vehicle | 5/6 | 5/6 |
| 25 | Chavoya | Photo of Rear Undercarriage of Defendant's Vehicle | 5/6 | 5/6 |
| 26 | Chavoya | Photo of Rear Tail Pipe of Defendant's Vehicle | 5/6 | 5/6 |