1  BRIAN J. WHITE  Bar No. 155198
   Attorney at Law
2  4320 Iowa Street
   San Diego, CA 92104
3  Telephone: (619) 280-8022
   Facsimile: (619) 280-8023
4
   Attorney for
5  ARTURO HERNANDEZ-ESGUERRA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
                        (HON. JOHN A. HOUSTON)
11

12  UNITED STATES OF AMERICA,          )   Case No. 07CR2976-JAH
                                        )
13          Plaintiff,                  )
                                        )
14      vs.                             )   **JOINT MOTION TO EXTEND
                                        )   TIME TO FILE POST-TRIAL
15  ARTURO HERNANDEZ-ESGUERRA           )   MOTIONS**
                                        )
16          Defendant.                  )   Date: August 4, 2008
                                        )   Time: 10:30 a.m.
17

18      KAREN HEWITT, United States Attorney, by AARON B. CLARK, Assistant Untied

19  States Attorney, and ARTURO HERNANDEZ-ESGUERRA, by and through his attorney,

20  BRIAN J. WHITE, respectfully jointly move the court for an order extending the time for the

21  parties to file post-trial motions, including a motion pursuant to Rule 29 of the Federal Rules of

22  Criminal Procedure, to the date of the defendant's sentencing, which is currently scheduled for

23  August 4, 2008 at 10:30 a.m.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

Joint Motion to Extend Filing of Post-Trial Motions            Page 1 of 2

|   |   |
|---|---|
|   | Respectfully Submitted, |

1
2
3
4  DATE:    May 15, 2008                    /S/
5                                           BRIAN J. WHITE, Attorney for
                                            Defendant, ROSA MARIA
                                            JIMENEZ-GUDINO
6
7  DATE:    May 15, 2008
8                                           /S/
                                            AARON B. CLARK
9                                           ASSISTANT UNTIED STATES
                                            ATTORNEY