UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JOHN A. HOUSTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR2976-JAH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ARTURO HERNANDEZ-ESGUERRA | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the time to file post-trial motions, including a motion pursuant to Federal Rules of Criminal Procedure, Rule 29, shall be extended until the date of the defendant's sentencing.

DATED: May 16, 2008

_____
JOHN A. HOUSTON
United States District Judge