**PROOF OF SERVICE BY E-FILE**

**UNITED STATES FEDERAL COURT, SOUTHERN DISTRICT**

*United States v. Arturo Hernandez-Esguerra*, Case No. 07 CR 2976

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 4320 Iowa Street, San Diego, California 92104.

On July 17, 2008, I served the foregoing documents described as:

Objections to Pre-Sentence Report

on the interested parties in this action by e-filing the above referenced document though the CM/ECF web-site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 17, 2008 at San Diego, California.

_____
WILLIAM CONCIDINE